IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-319-MOC-DCK

| | |
|---|---|
| WES JOHNSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CAROLINA MOTOR CLUB, INC., d/b/a AAA CAROLINAS, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by H. Bernard Tisdale III, concerning Charles F. Seemann III, on October 7, 2021. Charles F. Seemann III seeks to appear as counsel *pro hac vice* for Defendants Carolina Motor Club Inc., d/b/a AAA Carolinas, and The Auto Club Group, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Charles F. Seemann III is hereby admitted *pro hac vice* to represent Defendant Carolina Motor Club Inc., d/b/a AAA Carolinas, and The Auto Club Group, Inc.

**SO ORDERED**.

Signed: October 8, 2021

David C. Keesler
United States Magistrate Judge