IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Case Action No. 3:21-cv-319-MOC-DCK

| | |
|---|---|
| WES JOHNSON, and TAMEKIA BOTTOMS, individually and on behalf of all other similarly situated, The AAA Carolinas Savings & Investment Plan and The Auto Club Group Tax Deferred Savings Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>CAROLINA MOTOR CLUB, INC. d/b/a AAA Carolinas and THE AUTO CLUB GROUP, INC.,<br><br>    Defendants. | **DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' AMENDED COMPLAINT** |

**NOW COME** Defendants, Carolina Motor Club, Inc. d/b/a AAA Carolinas ("AAA Carolinas" and The Auto Club Group, Inc. ("AGC") (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1, hereby move the Court for an Order dismissing Count 1 of Plaintiff's Amended Complaint for breach of fiduciary duty in its entirety; Count 3 for alleged prohibited transactions in its entirety; and Count 4 for breach of fiduciary duties to the extent it alleges conduct occurring prior to July 6, 2015.

For reasons more fully explained in the *Memorandum of Law in Support of Defendant's Motion to Partially Dismiss Plaintiffs' Amended Complaint*, Counts 1 and 3 of the Amended Complaint are time barred and fail to state plausible claims to for relief, and Count 4 is partially time barred.

As such, Defendant respectfully requests that these claims be **DISMISSED** *with prejudice*.

Date: November 2, 2021								Respectfully submitted,

*/s/ René E. Thorne*
René E. Thorne*
Rene.Thorne@jacksonlewis.com
Charles F. Seemann III*
Charles.Seemann@jacksonlewis.com
Jackson Lewis P.C.
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

H. Bernard Tisdale III
N.C. State Bar No. 23980
Bernard.Tisdale@jacksonlewis.com
Jackson Lewis P.C.
200 South College Street
Suite 1550, 15th Floor
Charlotte, NC 28202
Telephone: (980) 465 7237
Facsimile: (704) 333-7764

*Admitted Pro Hac Vice

**COUNSEL FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Case Action No. 3:21-cv-319-MOC-DCK

| | |
|---|---|
| WES JOHNSON, and TAMEKIA BOTTOMS, individually and on behalf of all other similarly situated, The AAA Carolinas Savings & Investment Plan and The Auto Club Group Tax Deferred Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA MOTOR CLUB, INC. d/b/a AAA Carolinas and THE AUTO CLUB GROUP, INC.,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on November 2, 2021, the foregoing *DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' AMENDED COMPLAINT* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

ANDREW L. FITZGERALD
N.C. State Bar No. 31522
andy@fitzgeraldlitigation.com
FITZGERALD LITIGATION
119 Brookstown Avenue, Suite 402
Winston-Salem, NC 27101

*Attorney for Plaintiff*

*/s/ René E. Thorne*
René E. Thorne*
Rene.Thorne@jacksonlewis.com
Jackson Lewis P.C.
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
*Admitted Pro Hac Vice
**COUNSEL FOR DEFENDANTS**