## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:21-CV-319-MOC-DCK

| | | |
|---|---|---|
| **WES JOHNSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CAROLINA MOTOR CLUB, INC., d/b/a** | ) | |
| **AAA CAROLINAS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings" (Document No. 24) filed December 1, 2021.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and in consultation with Judge Cogburn's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings" (Document No. 24) is **GRANTED**.  This matter is stayed pending decision by the United States Supreme Court in <u>Hughes v. Northwestern University</u>, No. 19-1401, *cert. granted* (U.S. July 2, 2021).

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report within **fourteen (14) days** of the Supreme Court's decision in <u>Hughes v. Northwestern University</u>.

**SO ORDERED**.

Signed: December 1, 2021

David C. Keesler
United States Magistrate Judge