IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-319-MOC-DCK

| WES JOHNSON, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | **ORDER** |
| CAROLINA MOTOR CLUB, INC., d/b/a AAA CAROLINAS, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Pending Mediation And For Appointment Of Mediator" (Document No. 30) filed February 12, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Pending Mediation And For Appointment Of Mediator" (Document No. 30) is **GRANTED**. This matter will remain **STAYED** until **June 13, 2022**, unless otherwise ordered by the Court.

Further extension of this deadline is unlikely to be allowed.

**IT IS FURTHER ORDERED** that the parties may use Robert A. Meyer as mediator.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement, or in the alternative a Status Report with proposed revised case deadlines, on or before **June 15, 2022**.

**SO ORDERED**.

Signed: February 14, 2022

David C. Keesler
United States Magistrate Judge