IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case Action No. 3:21-cv-319-MOC-DCK

| | |
|---|---|
| WES JOHNSON, and TAMEKIA BOTTOMS, individually and on behalf of all other similarly situated, The AAA Carolina Savings & Investment Plan and The Auto Club Group Tax Deferred Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA MOTOR CLUB, INC. d/b/a AAA Carolinas; and THE AUTO CLUB GROUP,<br><br>Defendant. | **NOTICE OF SETTLEMENT** |

Plaintiffs Wes Johnson and Tamekia Bottoms and Defendants Carolina Motor Club, Inc and The Auto Club Group (collectively, the "Parties"), by and through counsel, hereby notify the Court that the Parties have reached a settlement of the above-captioned action. The Parties are confecting the terms of a written settlement agreement.

This the 15th day of June, 2022

*/s/ Andrew L. Fitzgerald*
Andrew L. Fitzgerald, N.C.S.B. 31522
FITZGERALD, HANNA
SULLIVAN, PLLC
119 Brookstown Ave., Ste. 402
Winston-Salem, NC 27101
Telephone: (336) 793-4365
andy@fhslitigation.com

*/s/ René E. Thorne*
René E. Thorne
Rene.thorne@jacksonlewis.com
Charles F. Seemann III*
Charles.seemann@jacksonlewis.com
Jackson Lewis P.C.
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Telephone: (504) 208-1755

1

*/s/ H. Bernard Tisdale III*
H. Bernard Tisdale III
N.C. State Bar No. 23980
Bernard.tisdale@jacksonlewis.com
Jackson Lewis, P.C.
200 South College Street
Suite 1550, 15th Floor
Charlotte, NC 28202
Telephone: (980) 465 7237
Facsimile: (704) 333-7764

## CERTFICATE OF SERVICE

      I hereby certify that on June 15, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record at the email address(es) listed below:

                                               */s/ Andrew Fitzgerald*
                                                Andrew L. Fitzgerald