IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case Action No. 3:21-cv-319-MOC-DCK

| | |
|---|---|
| WES JOHNSON, and TAMEKIA BOTTOMS, individually and on behalf of all other similarly situated, The AAA Carolina Savings & Investment Plan and The Auto Club Group Tax Deferred Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA MOTOR CLUB, INC. d/b/a AAA Carolinas; and THE AUTO CLUB GROUP,<br><br>Defendants. | **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT** |

COME NOW Plaintiffs, per FRCP 23(e) and the parties' Settlement Agreement, and move for final approval of the Settlement. A proposed Order is Exhibit 1. The Declaration of Kevin Flynn is Exhibit 2.

This the 1st day of February, 2023.

*/s/ Andrew L. Fitzgerald*
Andrew L. Fitzgerald,
North Carolina State Bar No. 31522
FITZGERALD HANNA & SULLIVAN, PLLC
119 Brookstown Avenue, Suite 402
Winston-Salem, NC 27101
Telephone/Fax: 336-793-4365
andy@fhslitigation.com

## **CERTFICATE OF SERVICE**

      This is to certify that on February 1st, 2023, I electronically filed the above **PLAINTIFFS' MOTION FOR FINAL APPROVEMENT OF SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                          */s/ Andrew Fitzgerald*
                                          Andrew L. Fitzgerald

2

Case 3:21-cv-00319-MOC-DCK     Document 43     Filed 02/01/23     Page 2 of 2